**Order entered August 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01562-CV

**QUICK CHANGE ARTIST, LLC, Appellant**

**V.**

**IRIS T. ACCESSORIES, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14118**

## ORDER

We **GRANT** appellee's August 13, 2015 second motion for an extension of time to file a brief. Appellee shall file a brief by **SEPTEMBER 4, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
          JUSTICE